United States Courts
Southern District of Texas
FILED
November 21, 2025
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>**ANTHONY D. BROWN,**<br>    **Defendant** | §<br>§<br>§  CRIMINAL NO. **4:25-cr-00634**<br>§<br>§ |

### CRIMINAL INFORMATION

THE UNITED STATES CHARGES

### COUNT ONE
**Delay or Destruction of Mail or Newspapers**
**(18 U.S.C. § 1703(b))**

On or about the 18th day of December, 2020, within the Southern District of Texas and elsewhere within the jurisdiction of the Court, defendant,

**ANTHONY BROWN**,

without authority, opened and destroyed mail not directed to him.

In violation of Title 18, United States Code, Section 1703(b).


NICHOLAS J. GANJEI
United States Attorney


By:   /s/ *Rodolfo Ramirez*
       Rodolfo Ramirez
       Assistant United States Attorney

1