USA-74-24B
(Rev. 05/01)

# CRIMINAL DOCKET

HOUSTON DIVISION

USAO Number: 2023R02655

Magistrate Number:

CRIMINAL INFORMATION

United States Courts
Southern District of Texas
FILED

Filed *November 21, 2025*
Nathan Ochsner, Clerk of Court

No. **4:25-cr-00634**

Judge: **Bennett**

ATTORNEYS:

UNITED STATES of AMERICA

vs.

ANTHONY DESHAWN BROWN

| | NICHOLAS J. GANJEI, USA | (713) 567-9000 |
| | RODOLFO RAMIREZ, AUSA | (713) 567-9000 |

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct.1: Delay or Destruction of mail or news papers [18 U.S.C § 1703(b)]

PENALTY: Ct. 1: Imprisoned not more than 1 year, and a fine not to exceed more than $100,000.00, SRT of not more than one 1 year after imprisonment, $100 Special Assessment.

☐ In Jail
☐ On Bond
☑ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: